[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10131
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-00018-TWT-JKL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK RANDELL MCINTOSH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(October 15, 2019)

Before WILLIAM PRYOR, JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

William A. Morrison, appointed counsel for Patrick McIntosh in this appeal from an order of civil commitment, entered pursuant to 18 U.S.C. § 4243, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the order committing McIntosh to the custody of the Attorney General is **AFFIRMED**.